# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-mc-00004 |
| Petitioner, | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| DARREN JACKSON, | : | |
| Respondent. | : | |

# ORDER

This matter is before the Court upon the Unopposed Motion to Continue the October 10, 2024 Hearing ("Motion," Doc. No. 6) filed by Petitioner United States of America. For good cause shown, the Motion is **GRANTED**. Unless further extended by the Court, the deadline for Respondent Darren Jackson to voluntarily comply with the IRS summonses at issue is **Monday, December 2, 2024**. Unless notified by Petitioner that Respondent has fully complied with the IRS summonses at issue or that this action is voluntarily dismissed, the show cause hearing set for October 10, 2024 at 11:00 a.m. is **RESET** to **Thursday, December 12, 2024 at 11:00 a.m.** in Courtroom 3, before The Honorable Caroline H. Gentry, United States District Court for the Southern District of Ohio, Walter H. Rice Federal Building, 200 West Second Street, Dayton, Ohio 45402.

The Court **ORDERS** Petitioner to serve Respondent with a copy of this Order by regular U.S. mail, FedEx, electronic mail, or in the manner prescribed in Section 7603 of the Internal Revenue Code, within seven days of this Order.

1

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge